FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.

2006 OCT 17  P 12: 58

CLERK _____

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

BILL WESTCOTT,

    Petitioner,

vs.                               CIVIL ACTION NO.: CV206-064

JOSE VASQUEZ, Warden,

    Respondent.

## ORDER

    By Order dated September 28, 2006, the Court directed that a copy of a Report and Recommendation of even date be served upon the parties. Because of a clerical error, the Report and Recommendation was incorrectly addressed. The Clerk is directed to serve another copy of the September 28, 2006, Report and Recommendation, the Order accompanying said Report and Recommendation, and a copy of this Order upon Bill Westcott at his correct address, which is at the Federal Correctional Institution, 2680 Highway 301 South, Jesup, GA 31599. He shall be allowed ten (10) days from this date to file objections. If no objections are made, the Report and Recommendation will be adopted as a record of the proceedings and may become the opinion and order of the Court. Nettles v. Wainwright, 677 F.2d 404 (5th Cir. Unit B 1982).

    All requests for additional time to file any objections to the Report and Recommendation should be filed with the Clerk for consideration by the undersigned.

AO 72A
(Rev. 8/82)

The Clerk of Court is directed to submit the Report and Recommendation with objections, if any, on the ___6th___ day of ___November___, 2006.

**SO ORDERED**, this ___17th___ day of October, 2006.

_____
JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)