AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

BILL WESTCOTT

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV206-64

JOSE VASQUEZ, Warden

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Court's Order dated December 1, 2006, adopting the Report and Recommendation of the U.S. Magistrate Judge granting Respondent's Motion to dismiss, judgment is dismissal is hereby entered and this case stands dismissed

December 1, 2006
Date

Scott L. Poff
Clerk

(By) Deputy Clerk

GAS Rev 10/1/03